UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DEMETRIOUS CLARK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. HOLLAND,<br><br>　　　　　Respondent. | No. 2:15-cv-2406 GEB CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice while he seeks leave from the Ninth Circuit Court of Appeals to file a successive petition challenging his 1998 conviction. (ECF No. 6; see ECF No. 4.) Petitioner has consented to this court's jurisdiction to conduct all proceedings in this action. (ECF No. 5.) Pursuant to Fed. R. Civ. P. 41(a), petitioner's request shall be honored.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of Court shall withdraw the assignment of a district judge in this action; and

　　　　2. This action is dismissed without prejudice.

Dated: December 17, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / clar2406.59